JUL 26 2019

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIK PAZ,<br><br>        Defendant. | Case No. 5:19-mj-00589<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of her supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

B. *nature of current allegations involving alleged transportation of 13 kilograms of methamphetamine, a Grade A violation*

and

C. ( X ) The defendant has not met her burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

D. *nature of current allegations involving alleged transportation of 13 kilograms of methamphetamine, a Grade A violation*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: July 26, 2019

JOHN D. EARLY
United States Magistrate Judge